IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| WILLIE L. BUNTON and | ) | |
| DA RINE D. WADDELL-BUNTON, | ) | |
| | ) | BK    16-31686 |
| Debtors, | ) | |
| and | ) | |
| | ) | |
| U.S. ROF II LEGAL TITLE TRUST | ) | |
| 2015-1, BY U.S. BANK NATIONAL | ) | |
| ASSOC. AS LEGAL TITLE TRUSTEE, | ) | |
| | ) | |
| Creditor. | ) | |

## OBJECTION TO CLAIM #8-1

COME NOW the Debtors, Willie Bunton and Da Rine Waddell-Bunton, by and through their attorneys, Law Offices of William A. Mueller, L.L.C., and for their Objection to Claim state as follows:

1. On March 13, 2017, U.S. ROF II Legal Title Trust 2015-1, by U.S. Bank National Association, as Legal Title Trustee filed Proof of Claim #8-1 in the amount of $79,275.53, which included a mortgage arrearage of $20,834.78.

2. Based on a review of the documentation attached to Proof of Claim #8-1, the first post-petition mortgage payment of $943.26 due December 2016 does not appear to be included in the mortgage arrearage amount of Proof of Claim #8-1.

3. The Debtors request that Proof of Claim #8-1 be allowed in the amount of $79,275.53, which includes a mortgage arrearage of $21,778.04.

WHEREFORE, the Debtors pray this Court to enter an Order allowing Proof of Claim #8-1 in the amount of $79,275.53, which includes a mortgage arrearage of $21,778.04, and for such other relief as deemed appropriate.

WILLIE L. BUNTON and
DA RINE D. WADDELL-BUNTON

By: /s/ William A. Mueller
William A. Mueller #06187732
Ronald A. Buch #6209955
Attorneys for Debtors
5312 West Main Street
Belleville, IL 62226
(618) 236-7000