## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| WILLIE L. BUNTON and | ) | |
| DA RINE D. WADDELL-BUNTON, | ) | |
| | ) | BK    16-31686 |
| Debtors, | ) | |
| and | ) | |
| | ) | |
| U.S. ROF II LEGAL TITLE TRUST | ) | |
| 2015-1, BY U.S. BANK NATIONAL | ) | |
| ASSOC. AS LEGAL TITLE TRUSTEE, | ) | |
| | ) | |
| Creditor. | ) | |

## **ORDER**

This matter comes before the Court on the Debtors' Objection to Claim #8-1 of U.S. ROF II Legal Title Trust 2015-1, by U.S. Bank National Association, as Legal Title Trustee. The Court, being fully advised in the premises and no objections being heard, IT IS HEREBY ORDERED that the Objection is SUSTAINED.

IT IS FURTHER ORDERED that Proof of Claim #8-1 is allowed in the amount of $79,275.53, which includes a mortgage arrearage of $21,778.04.

Counsel for the moving party shall serve a copy of this order by mail to all interested parties who were not served electronically.

ENTERED: April 25, 2017

/s/ Laura K. Grandy
_____
UNITED STATES BANKRUPTCY JUDGE/11